**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 444-3661
Fax (480) 857-0150
**Caroline M. Elliot – SBN 011541**
Caroline@AttorneysForFreedom.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI`I

| | |
|---|---|
| United States of America, ) | CR 19-00114-HG-KJM |
| Plaintiff, ) | SENTENCING STATEMENT |
| vs. ) | |
| Brian Ahakuelo ) | |
| Defendant. ) | |

### SENTENCING STATEMENT

Brian Ahakuelo, pursuant to Crim. L.R.32.2(b)(3) and Docket No. 308, has no objections to the presentence report.

RESPECTFULLY SUBMITTED May 22, 2023.

*/s/ Caroline M. Elliot*
Caroline M. Elliot
Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2023, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/CEF registrants including:

Michael F. Albanese, Esq.
William KeAupuni Akina, Esq.
Assistant U.S. Attorneys

*/s/ Caroline M. Elliot*
Caroline M. Elliot
Attorney for Defendant