**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 444-3661
Fax (480) 857-0150
**Caroline M. Elliot – SBN 011541**
Caroline@AttorneysForFreedom.com

Attorney for Brian Ahakuelo

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI`I

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Brian Ahakuelo,  Defendant. | CR 19-00114-HG-KJM  NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

## **NOTICE OF APPEAL**

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant Brian Ahakuelo, through court-appointed CJA counsel, Caroline M. Elliot, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Criminal Case entered by the Honorable Helen Gillmor on July 20, 2023 and filed on July 25, 2023.

RESPECTFULLY SUBMITTED July 26, 2023.

*/s/ Caroline M. Elliot*
Caroline M. Elliot
Attorney for Brian Ahakuelo

CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2023, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/CEF registrants including:

Michael F. Albanese, Esq.
William KeAupuni Akina, Esq.
Assistant U.S. Attorneys

*/s/ Caroline M. Elliot*
Caroline M. Elliot
Attorney for Brian Ahakuelo